(No. 75-CC-902— )

REDACTROM CORP., Claimant, *vs.* STATE OF ILLINOIS,
ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 9, 1975.*

REDACTROM CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-907— )

VICTOR H. BEINKE, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed April 9, 1975.*

VICTOR H. BEINKE, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.